UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

N & D HOLDING, INC. and I.Y. CATERING, INC. d/b/a ASTORIA DELI SUB,
    Defendants.

Case No: 23-cv-22293-RKA

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendants, N & D HOLDING, INC. and I.Y. CATERING, INC. d/b/a ASTORIA DELI SUB, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ John T. David |
| Glenn R. Goldstein (FBN: 55873) | John T. David (FBN: 471704) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | LAW OFFICE OF JOHN T. DAVID P.A. |
| 8101 Biscayne Blvd., Ste. 504 | 111 S.W. 6th Street |
| Miami, Florida 33138 | Fort Lauderdale, Florida 33301 |
| (305) 900-2373 | (954) 523-1755 |
| GGoldstein@G2Legal.net | johntdavidpa@bellsouth.net |